UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE NIELSEN COMPANY (US) LLC, <br><br> *Defendant*. | Civil Action No.: 25-cv-08581 <br><br> **DECLARATION OF DAVE MILNER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, Dave Milner, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am submitting this declaration in support of Cumulus Media New Holdings Inc.'s ("Cumulus") motion for preliminary injunction. I have personal knowledge of the facts asserted and, if called upon as a witness, could testify to them competently under oath.

2. I am the Co-President of Operations at Cumulus and have held that role since July 2021. In this role, I work with the other Co-President of Operations, Bob Walker, to lead operations for Cumulus's local broadcast radio station ("local radio station") portfolio. Together, we have responsibility for the financial performance of Cumulus's local radio stations. While Bob Walker oversees most of the local radio stations in geographies where Nielsen collects broadcast radio ratings using Continuous Diary Measurement ("CDM") and Two Book Diary Measurement, I oversee all local radio stations in geographies where Nielsen collects broadcast radio ratings data using Portable People Meters ("PPMs"), as well as 6 diary markets, Albuquerque, NM, Knoxville, TN, Tucson, AZ, Ann Arbor, MI, New London, CT, and Topeka, KS. I also manage Cumulus's relationship with Katz Media Group, Inc., Cumulus's national advertising sales agent, and in that role, I work closely with all the local radio stations, including the stations that report to Bob

Walker. I joined Cumulus in December 2014 as SVP, Operation of the Western Region. Prior to joining Cumulus, I was President/Market Manager of iHeartMedia's Sacramento region.

## Background

*A. Local Radio Stations*

3. Local radio stations air daily programs for audiences in specific areas. These programs can be original (i.e., created by the local station) or syndicated from national networks.

4. Cumulus owns local radio stations and a national network—Westwood One, Inc. ("Westwood One"). This allows the company to offer advertising packages that include national inventory in its network programs, local inventory in specific areas, and matching advertisements on its digital and streaming platforms.

5. Cumulus operates 395 local radio stations across the United States. These stations provide local programming in geographies like Atlanta, GA, Charleston, SC, Colorado Springs, CO, Columbia, SC, Dallas, TX, Indianapolis, IN, Kansas City, KS, Memphis, TN, Montgomery, AL, Nashville, TN, Oklahoma City, OK, Providence, RI, and Reno, NV.

6. As the Co-President of Operations, I oversee Cumulus's local radio stations with Bob Walker. In Cumulus's 2022 negotiations with Nielsen regarding the contract currently in effect, I made the decision that Cumulus would no longer subscribe to the local radio ratings data in Memphis.

*B. Radio Ratings*

7. A local radio station retains full control over all advertising inventory for its locally produced programming and splits advertising inventory with a national network when carrying syndicated programming from that national network.

8. The buying of advertising inventory is often facilitated by advertising agencies, even for many local businesses. In larger geographies, more than half of advertising revenue is generated through advertising agencies.

9. Radio ratings measure the size, demographics, and listening habits of an audience, allowing broadcasters to gauge a program's reach and advertising potential. Local radio ratings data specifically focus on measuring listening patterns within a defined geographic area.

10. Local radio ratings data are a distinct product from national radio ratings data. Local radio stations typically require data specific to their own geographic area and have no need to purchase national radio ratings data, which would be irrelevant to their operations.

11. Local radio ratings data across the United States have been provided by Nielsen since 2013, when Nielsen acquired Arbitron, and Nielsen has been the dominant provider of local radio ratings data across the United States since then. Cumulus owns local radio stations in 86 geographies, but Nielsen only provides local radio ratings data in 80 of those geographies. In 75 of the 80 local geographies where Cumulus operates rated local radio stations, Nielsen is the sole local radio ratings provider. In the remaining five geographies (Syracuse, NY, Memphis, TN, Myrtle Beach, SC, Savannah, GA, and Johnson City, TN), Nielsen's only competitor is Eastlan, a smaller company that primarily serves areas where Nielsen does not offer ratings. Even in these five areas, Nielsen is the dominant provider, and Eastlan has fewer customers. Nielsen receives the vast majority of the revenue paid for the provision of local radio ratings data and the vast majority of advertising revenue transacted using local radio ratings is transacted using Nielsen data

12. Nielsen holds the unilateral power to impose price increases in the local radio ratings data market. This is evident in its ability to consistently raise the price of its local radio ratings data during every negotiation cycle, regardless of the advertising industry's ever-declining

3

profit margins or Cumulus's efforts to negotiate pricing that aligns with market conditions. Indeed, to limit its exposure to Nielsen's price increases, Cumulus typically must forgo certain previously purchased services at contract renewal. For example, in the 2022 negotiation for the current contract, Cumulus did not renew its subscription to local radio ratings data in ███████████

███████████████████████████████████████

█████████████ Cumulus stopped purchasing Nielsen's qualitative data in █ geographies, but the price of the Nielsen services Cumulus retained in those geographies exceeded the price for those same retained services under the prior contract. Cumulus is currently evaluating whether it will purchase Eastlan ratings for other geographies as a replacement for Nielsen in the event Cumulus does not succumb to Nielsen's Tying Policy discussed below.

13. Nielsen's price increases have come in conjunction with a decline in product quality and service to its customers, which has continued to deteriorate. For example, since January 1, 2025, we have been notified by Nielsen of over 50 product and/or service issues, which drastically exceeds the number of Nielsen-identified issues in prior years. In numerous cases, Nielsen's market reports have had to be reissued, unplanned service outages occurred where all website data and information for service content and sales were unavailable, and data releases have been delayed. ████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████

Each of these issues paralyzed customer operations in whole or in part and inhibited Cumulus' operations.

14. Eastlan offers a compelling alternative, providing lower-price ratings data that better serve the needs of local radio stations and advertisers. Eastlan's methodology relies on larger sample sizes and online surveys, which are easier to administer and more representative of the true population mix in surveyed areas. In contrast, Nielsen continues to use outdated and expensive methods, such as mailed diaries and long-term panel recruitment for its PPM ratings. Nielsen's smaller samples frequently result in inconsistent data and ratings—issues that led the Media Rating Council ("MRC", an independent group responsible for auditing media, which was established pursuant to Congressional hearings investigating media measurement reliability) to discredit 17 of Nielsen's PPM markets and 7 diary markets after determining that Nielsen's panels in those areas failed to meet the standards required for accurate and reliable audience measurement. Despite the fact that those discredited markets represent 31% of the 239 million person population covered in Nielsen's radio surveys, Nielsen's data remains the industry standard—not because it is superior, but because many advertising agencies and intermediary platforms, such as Mediaocean, refuse to transact on any data source other than Nielsen. As a result, Cumulus's local radio stations face steep challenges in persuading agencies to consider Eastlan's data when buying advertising inventory, limiting their ability to operate more efficiently and represent their audiences more accurately.

15. Nielsen provides local radio ratings data in two formats: summary-level and respondent-level. Summary-level data offers a general overview of audience metrics, while

respondent-level data includes greater detail, such as geographic specificity down to the zip code level. Summary-level data are the more affordable option, and it is typically the choice of advertising agencies, advertisers, and even local radio stations when purchasing local radio ratings data.

16. To create an advertising campaign, advertising agencies will either issue a Request for Proposal ("RFP") to certain local radio stations based on rankings of local radio stations in summary-level local radio ratings data or directly contact a local radio station with whom they have a good working relationship. The contacted local radio stations will compile a proposal using local radio ratings data.

17. After an advertisement has aired, local advertisers and advertising agencies typically conduct a post-buy analysis to evaluate the advertisement's performance against the projections initially provided by local radio stations, usually using Nielsen's summary-level data.

## Nielsen's Attempt to Maintain its Monopoly

*A. State of Industry*

18. Over the past decade, the local broadcast radio industry has been contracting, with shrinking audiences and declining profit margins.

19. Despite these challenges, Nielsen has consistently raised the prices of its local radio ratings data during negotiation cycles. Attempts to secure lower prices in successive contracts have been repeatedly rejected by Nielsen.

20. In response, Cumulus's local radio stations have begun exploring more affordable alternatives, such as purchasing Eastlan's local radio ratings data.

*B. Nielsen's First Attempt, in 2022, at Forcing Subscription of its Local Radio Ratings Data*

21.     Nielsen introduced several policies that discouraged local radio stations from turning to alternative ratings providers like Eastlan. In early 2020, Eastlan was gaining traction, but because of Nielsen's policy changes, local radio owners decided not to transition over to Eastlan.

22.     Specifically, in 2022, Nielsen introduced a "Subscriber First Policy." Under this policy, Nielsen excludes all non-subscribing local radio stations from the local radio summary-level data, which is usually the only type of data purchased by advertising agencies and advertisers. As a result, Cumulus was compelled to subscribe to local radio ratings data for a specific geography if its local radio stations wanted to be included in Nielsen's summary-level data for that geography. Not showing up in the summary-level data leads to dramatic declines in revenue because advertising agencies often omit such stations from advertising plans because they cannot confirm the stations' rankings and ratings. This is unlike the TV industry (where all stations show up in all Nielsen data regardless of whether or not the station is a Nielsen subscriber), putting local radio stations in a very compromised position, and forcing them to subscribe to the Nielsen local radio ratings data. In contrast, in the TV industry has a viable local audience measurement competitor in Comscore, making it impossible for Nielsen to impose the same restrictions it is imposing on radio ratings data.

23.     Ironically, for many Cumulus-owned stations, the cost savings from opting not to purchase Nielsen's local radio ratings data far exceeds any potential loss in advertising revenue from not being included in Nielsen's summary-level data. From 2018 to 2021, the year prior to Cumulus's decision to stop buying Nielsen's local radio ratings data in Memphis, TN, Cumulus's revenue in Memphis ███████████████████████████████████, while EBITDA ███ ███████████████████████████. This decline forced Cumulus to make the decision to

7

drop Nielsen's local radio ratings data (which cost $̄̄̄̄̄̄̄̄ annually) in Memphis. Cumulus had to evaluate the revenue risk of selling advertising inventory without Nielsen ratings versus the continued increasing price of Nielsen's local radio ratings data and the negative impact on Cumulus's operations. Through this evaluation, Cumulus concluded that it was better off as a business putting more revenue at risk but saving the expense of Nielsen's product by dropping its local radio ratings data subscription in Memphis.

24. Many other Cumulus local radio stations are also experiencing financial losses due to the high price of subscribing to Nielsen's overpriced data. However, Cumulus remains hesitant to take broader action, as being excluded from Nielsen's summary-level data could lead to serious negative consequences, such as loss of market share and reputational damage because many advertisers and advertising agencies look only at the summary-level data. Advertising agencies may view a station's exclusion from the summary-level data as a reflection of poor ratings performance, or they may simply exclude stations not in Nielsen's summary-level data if the advertising agencies buy advertising inventory only from stations where they can transact using that Nielsen summary-level data.

C. *Nielsen's Tying Policy*

25. In September 2024, Nielsen announced a new policy that it would no longer sell comprehensive national radio ratings data to networks that share ownership with affiliated local radio stations that do not subscribe to Nielsen's local radio ratings data (the "Tying Policy"). Thus, for Cumulus, Nielsen will exclude from the national radio ratings data purchased by Westwood One any geographies in which Cumulus's local radio stations do not subscribe to Nielsen's local radio ratings data.

26. For Cumulus, the Tying Policy will take effect after its current contract with Nielsen expires (after ■■■■■■■■). By August or September 2026, Westwood One would lose access to comprehensive national radio ratings data if Cumulus does not subscribe to local radio ratings data in all the geographies where it has local radio stations.

27. As a result, Nielsen's new policy would compel Cumulus to re-purchase local radio ratings data for geographies Cumulus has already dropped (including Memphis, TN) and compel Cumulus to purchase local radio ratings data from Nielsen in ■ geographies where Cumulus would prefer to obtain the data from Eastlan at lower prices. Some of the geographies where Cumulus would prefer Eastlan data include ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.

   D. *Being Forced to Subscribe to Nielsen's Local Radio Ratings Data Will Cause Significant and Irreparable Harm to Cumulus*

28. The radio advertising industry is highly competitive. Over the past decade, local radio stations have faced declining revenues and shrinking margins, leading many to operate on razor-thin profit margins. For example, in San Francisco, the entire radio industry's revenues fell by approximately 31% (from $223 million to $154 million) from 2018 to 2024. Cumulus's local radio stations in San Francisco ■■■■■■■ in 2018, and despite Cumulus reducing cost by ■ from 2018 to 2024, the ■■■■■■■■■■■■■■■■■■■■■■■■■■, all while Nielsen's prices continue to increase. As a result, many of Cumulus's local radio stations will actually incur losses if they continue subscribing to Nielsen's local radio ratings data as the price of subscribing to Nielsen far exceeds the estimated loss of advertising revenue from not being included in Nielsen's summary-level data.

29. Based on Cumulus's 2025 financial forecast, Cumulus stations in ▌ geographies, ███████████████████████████████████████ are operating at a loss, and the remaining geographies, without exception, are projected to see further erosion of their revenues and already slim profit margins.

30. If all of Cumulus's local radio stations are forced to subscribe to Nielsen's local radio ratings data, Cumulus stands to lose millions of dollars without any hope to regain any of those profits in the foreseeable future. Other radio companies are also likely to face similar impacts.

31. If all of Cumulus's local radio stations are forced to subscribe to Nielsen's local radio ratings data, the financial losses incurred would likely force Cumulus to reduce operating costs, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. This integrated structure enables the company to offer comprehensive advertising packages that combine national inventory in its network programming, and local inventory in targeted markets. ████████████████████████████████████████████████████████████████████████████████████████. As a result, Cumulus would risk losing significant market share.

32. At that point, customers likely would have established strong working relationships with Cumulus's competitors, making them less inclined to switch back.

**Nielsen's Concerns are Unfounded**

33.     I understand that Nielsen asserts that its tying policy is designed to prevent a situation in which network subscribers might share Nielsen's national radio ratings data with local radio stations that do not have their own subscriptions to local radio ratings data.

34.     Westwood One is contractually prevented ███████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████████████

35.     To my knowledge, Cumulus's local radio stations have never received national radio ratings data from Westwood One, and local radio stations have never provided local radio ratings data to Westwood One.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I executed this declaration on October 16, 2025, in Chattahoochee Hills, GA.

Executed: October 16, 2025

Dave Milner