

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

October 22, 2025

*VIA CM/ECF*

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

      Re:    *Cumulus Media New Holdings Inc. v. The Nielsen Company (US) LLC*,
             **Civil Action No.: 25-cv-08581 (JAV) (S.D.N.Y.)**

Dear Judge Vargas:

      We write on behalf of our client Cumulus Media New Holdings Inc. ("Cumulus"). Yesterday, October 21, 2025, Cumulus filed a Letter Motion for Limited Expedited Discovery (the "Discovery Motion") in connection with Cumulus's Motion for Preliminary Injunction. *See* ECF No. 23. As noted in Footnote 2 of the Discovery Motion, Cumulus's Proposed Scheduling Order incorporated several provisions from Nielsen's proposed changes, including Nielsen's preferred hearing date. Upon further review, it appears we inadvertently failed to conform all related dates throughout the Proposed Scheduling Order.

      Accordingly, Cumulus respectfully submits the attached Corrected Proposed Scheduling Order, which contains the following corrections:

**Paragraph 1(i):**
The original Proposed Scheduling Order stated that Plaintiff's expert report shall be submitted by *November 19, 2025*, with Defendant's rebuttal report due by *November 26, 2025*, and Plaintiff's reply by *December 3, 2025*. The corrected dates are as follows: Plaintiff's expert report shall be submitted by **November 25, 2025**, with Defendant's rebuttal report due by **December 2, 2025**, and Plaintiff's reply by **December 5, 2025**.

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Washington, D.C.  For more information see www.hoganlovells.com.

The Honorable Jeannette A. Vargas
October 22, 2025
Page 2

**Paragraph 1(l):**
The original Proposed Scheduling Order stated that the parties shall be ready for the preliminary injunction hearing during the week of *December 8, 2025*. The corrected date is the week of **December 15, 2025**.

We attached the Corrected Proposed Scheduling Order as Exhibit A and a redline of the changes as Exhibit B. We apologize for any confusion caused by these errors and appreciate the Court's attention to this matter.

Respectfully submitted,

By:   */s/ Jennifer Fleury*
Jennifer Fleury (*pro hac vice admitted*)
Charles Loughlin (*pro hac vice admitted*)
Jamie Lee (*pro hac vice forthcoming*)
Alisa Lu (*pro hac vice forthcoming*)
Ashley Ifeadike (*pro hac vice forthcoming*)
Tianyu Dong (*pro hac vice forthcoming*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jennifer.fleury@hoganlovells.com
chuck.loughlin@hoganlovells.com
jamie.lee@hoganlovells.com
alisa.lu@hoganlovells.com
ashley.ifeadike@hoganlovells.com
tianyujohn.dong@hoganlovells.com

Claude G. Szyfer
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, N.Y. 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
claude.szyfer@hoganlovells.com

*Counsel for Plaintiff*
*Cumulus Media New Holdings Inc.*

## **CERTIFICATE OF SERVICE**

I, Jennifer Fleury, hereby certify that on October 22, 2025, I caused a true and correct copy of the foregoing Letter and accompanying exhibits to be served via electronic mail upon counsel for Defendant The Nielsen Company (US) LLC.

>                                    */s/ Jennifer Fleury*
>                                    Jennifer Fleury