UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CUMULUS MEDIA NEW HOLDINGS :
INC., :
:
                Plaintiff, :      25-CV-08581 (JAV)
:
     -v- :      <u>ORDER</u>
:
THE NIELSEN COMPANY (US) LLC, :
:
               Defendant. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On October 29, 2025, the parties appeared for conference. At the conference, the pending motion for expedited discovery and procedures for resolving the pending motion for preliminary injunction were discussed.

      As discussed at the conference, Plaintiff's motion for expedited discovery (ECF No. 23) is **GRANTED IN PART AND DENIED IN PART**. A hearing shall be held on Plaintiff's motion for a preliminary injunction on Monday, December 8, 2025, at 1:30 p.m., in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York NY. The Court has reserved decision on whether an evidentiary hearing will be required.

      In advance of the upcoming hearing, the parties shall submit simultaneous briefing, with evidentiary submissions, to include documentary evidence, in support or in opposition to the Motion for Preliminary Injunction, ECF No. 7, by no later than **November 24, 2025**. This shall include declarations constituting the direct testimony of each witness the party would intend to call at an evidentiary hearing, including expert witnesses but excluding non-party witnesses. With respect to any non-party witnesses, the party shall submit a separate letter listing any such witness they would seek to call at such a hearing, and a brief summary of their anticipated testimony.

      By **December 1, 2025**, the parties shall file responsive briefs. These briefs should address whether, in light of the evidence submitted, and any stipulations or factual concessions, there is a need for an evidentiary hearing, and specifically witness testimony, on the Motion for Preliminary Injunction. If any party wishes to make a further evidentiary submission to address any factual issue raised by the adversary's papers on the grounds that it was not reasonably foreseeable that such an issue would be raised, they may seek leave from the Court prior to this deadline.

      The parties are **FURTHER ORDERED** to appear for a Status Conference on

November 17, 2025, at 2:30 p.m. via Microsoft Teams (Meeting ID: 255 673 854 425 2; Passcode: yg3ws23e).  The parties should note that this is a schedule change from the date announced at the conference.

    The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

Dated: October 30, 2025
       New York, New York

                                            JEANNETTE A. VARGAS
                                            United States District Judge