UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                   :

CUMULUS MEDIA NEW HOLDINGS
INC.,

                Plaintiff,                             25-CV-08581 (JAV)

           -v-                                         <u>ORDER</u>

THE NIELSEN COMPANY (US) LLC,

                Defendant.

------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      As stated at the conference held earlier today, the parties should exchange their exhibit and witness lists by this Thursday, December 4, 2025, and objections to any exhibits by Saturday, December 6, 2025. The parties shall submit their proposed exhibit lists, with objections noted, via email to Chambers by noon on Monday, December 8, 2025.

      The parties are permitted to file supplemental declarations, but only to the extent those declarations address new issues raised in the opposing party's December 1 submission. Those supplemental declarations shall be submitted by Friday, December 5, 2025, at 5 PM, and shall constitute the witness's direct testimony at the hearing.

      Pre-marked exhibits and deposition designations, in the formats required by the Court's Individual Rules and Practices, shall be submitted to the Court via flash drive by Friday, December 5, 2025, at 5 PM.

      Parties shall file letter motions with request to any request to close the courtroom for a portion of the hearing by no later than Monday morning at 9 AM. Such submissions should address, consistent with *New York C.L. Union v. New York City Transit Auth.*, 684 F.3d 286, 303 (2d Cir. 2012), the specific information that would be discussed at the closed session, the overriding interest that justifies the closure, and why there is no reasonable alternative to court closure.

SO ORDERED.

Dated: December 2, 2025
      New York, New York

                                                           _____
                                                           JEANNETTE A. VARGAS
                                                           United States District Judge