

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

December 5, 2025

*VIA CM/ECF*

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

      Re:    ***Cumulus Media New Holdings Inc. v. The Nielsen Company (US) LLC**, **Civil Action No.: 25-cv-08581 (JAV) (S.D.N.Y.)***

Dear Judge Vargas:

      We represent Plaintiff Cumulus Media New Holdings Inc. in the above-referenced action. At the Court Conference held on December 2, 2025, the Court stated that opening statements should be 30 minutes in length for each side. Tr. at 24:15-17. Given the evidence submitted in this case, we believe it would be helpful for the Court if each side were allocated an hour for opening statements, and respectfully request the Court permit opening statements of an hour in length. Defendant The Nielsen Company (US) LLC does not agree to this request.

Hon. Jeannette A. Vargas
December 5, 2025
Page 2

                                                Respectfully submitted,

By:   */s/ Jennifer Fleury*
        Jennifer Fleury (*pro hac vice admitted*)
        Charles Loughlin (*pro hac vice admitted*)
        Jamie Lee (*pro hac vice admitted*)
        Alisa Lu (*pro hac vice admitted*)
        Ashley Ifeadike (*pro hac vice admitted*)
        Tianyu Dong (*pro hac vice admitted*)
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004
        Telephone: (202) 637-5600
        Facsimile: (202) 637-5910
        jennifer.fleury@hoganlovells.com
        chuck.loughlin@hoganlovells.com
        jamie.lee@hoganlovells.com
        alisa.lu@hoganlovells.com
        ashley.ifeadike@hoganlovells.com
        tianyujohn.dong@hoganlovells.com

        Claude G. Szyfer
        HOGAN LOVELLS US LLP
        390 Madison Avenue
        New York, N.Y. 10017
        Telephone: (212) 918-3000
        Facsimile: (212) 918-3100
        claude.szyfer@hoganlovells.com

        *Counsel for Plaintiff*
        *Cumulus Media New Holdings Inc.*