UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                  :

CUMULUS MEDIA NEW HOLDINGS INC.,        :

         Plaintiff,           :

                        :          25-CV-08581 (JAV)

     -v-                 :

                        :          <u>ORDER</u>

THE NIELSEN COMPANY (US) LLC,          :

         Defendant.         :

                        :
------------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

Cumulus Media New Holdings Inc. ("Cumulus") moves to file under seal portions of the Third Declaration of Collin R. Jones.  ECF No. 99 ("Sealed Declaration" or "Sealed Decl.").  The motion is **GRANTED IN PART** and **DENIED IN PART**.

Cumulus's proposed redactions largely concern non-public and sensitive financial information, ongoing contract negotiations, business plans and strategies, internal business analyses, and competitively sensitive information that qualify as "confidential business information," are material to parties' competitive position in the market, and could potentially inflict "significant competitive disadvantage" on the parties through disclosure.  *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted). In these instances, the Court finds that the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access."  *Id.* (internal citations and quotation marks omitted).  However, certain passages in the Declaration do not rise to this standard. Specifically, the Court orders that the following information be unredacted:

- "Cut Further Costs" (Heading of Sealed Decl. at 1)

- The entirety of paragraph 14.

- "The spreadsheet is attached as Exhibit 3." (*Id.*, ¶ 15)

Accordingly, Cumulus is ORDERED to refile a public version of ECF No. 99 with the information outlined above unredacted, by no later than December 15, 2025.

The Clerk of Court is directed to terminate ECF No. 98.

SO ORDERED.

Dated: December 9, 2025
New York, New York

JEANNETTE A. VARGAS
United States District Judge

2