UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :

CUMULUS MEDIA NEW HOLDINGS      :
INC.,                                    :

                                 :

                Plaintiff,       :         25-CV-08581 (JAV)

                                 :

      -v-                    :         ORDER

                                 :

THE NIELSEN COMPANY (US) LLC,    :

                                 :

               Defendant.     :

                                 X

-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record at today's preliminary injunction hearing, Plaintiff's motion to seal (ECF No. 104) and Defendant's motion to seal (ECF No. 105) are **GRANTED**.

      The Clerk of Court is directed to terminate ECF Nos. 104 and 105.

      SO ORDERED.

Dated: December 8, 2025
       New York, New York                                        
                                              JEANNETTE A. VARGAS
                                              United States District Judge