UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CUMULUS MEDIA NEW HOLDINGS :
INC., :
:
Plaintiff, :  25-CV-08581 (JAV)
:
-v- :  UNSEALING ORDER
:
THE NIELSEN COMPANY (US) LLC, :
:
Defendant. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

During today's preliminary injunction proceeding, Plaintiff's counsel read aloud in open court paragraph 13 of Mr. Collin Jones's third declaration, ECF No. 99 ("Sealed Declaration" or "Sealed Decl."), which the Court previously ordered sealed at Plaintiff's request. ECF No. 110. In light of Plaintiff's publication of that material, the Court hereby orders that paragraph 13 shall be unsealed.

Cumulus is ORDERED to refile a public version of ECF No. 99 with paragraph 13, along with the other information outlined in the Court's prior order at ECF No. 110, unredacted.

SO ORDERED.

Dated: December 9, 2025
      New York, New York                    _____
                                            JEANNETTE A. VARGAS
                                            United States District Judge