UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
  :
CUMULUS MEDIA NEW HOLDINGS INC.,   :
  :
                Plaintiff,   :
  :    25-CV-08581 (JAV)
    -v-   :
  :    <u>ORDER</u>
THE NIELSEN COMPANY (US) LLC,   :
  :
                Defendant.   :
  :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

At the Court's request, Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") filed a supplemental brief to further support its motion for reconsideration of the Court's December 4 Order, which denied Cumulus's motion to redact names and employment positions of certain third-party declarants in support of Cumulus's motion for a preliminary injunction in this case. ECF Nos. 116, 113, 97, 59. After full consideration of the new factual and legal bases Cumulus has provided in support of its motion, the Court GRANTS Plaintiff's motion for reconsideration and will allow the requested third-party information to remain redacted in Plaintiff's pre-hearing documents.

Cumulus has established that sufficient countervailing factors—in particular, the privacy interests of these non-party declarants, the lack of bearing these narrowly tailored redactions have on the merits of this action, and the non-party declarants' susceptibility to economic retaliation—outweigh the strong presumption in favor of public access to judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006).

SO ORDERED.

Dated: December 15, 2025
      New York, New York
                                                JEANNETTE A. VARGAS
                                                United States District Judge