

Hogan Lovells US LLP
555 13th St NW
Washington, D.C. 20004
T  +1 202-637-5600
F  +1 202-637-5910
www.hoganlovells.com

December 18, 2025

*VIA CM/ECF*

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

> **Re:** *Cumulus Media New Holdings Inc. v. The Nielsen Company (US) LLC*, **Civil Action No.: 25-cv-08581 (JAV) (S.D.N.Y)**

Dear Judge Vargas:

Pursuant to the Court's December 4, 2025 and December 15, 2025 Orders (ECF Nos. 97 and 117), Plaintiff Cumulus Media New Holdings Inc. respectfully submits a refiled public version of its November 24, 2025 Pre-Hearing Brief in Support of its Motion for Preliminary Injunction, with revised redactions consistent with the Court's orders.

Additionally, as we noted in our Motion for Reconsideration (ECF No. 113, n.1), one third party, whose unsealed declaration is at ECF No. 61-2 at 38–39, has withdrawn their declaration following notification of the Court's prior order. We have not yet been able to reach counsel for this third party to inform them of the Court's most recent ruling. Accordingly, we are notifying the Court and have redacted the name of this third party in the refiled brief.

Respectfully submitted,

By: */s/ Jennifer Fleury*
Jennifer Fleury (*pro hac vice admitted*)
Charles Loughlin (*pro hac vice admitted*)
Jamie Lee (*pro hac vice admitted*)
Alisa Lu (*pro hac vice admitted*)
Jonathan Sussler (*pro hac vice admitted*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jennifer.fleury@hoganlovells.com
chuck.loughlin@hoganlovells.com
jamie.lee@hoganlovells.com
alisa.lu@hoganlovells.com
jonathan.sussler@hoganlovells.com

*Counsel for Plaintiff*
*Cumulus Media New Holdings Inc.*