**GIBSON DUNN**

Jefferson E. Bell
Partner
T: +1 212.351.2395
JBell@gibsondunn.com

December 23, 2025

<u>VIA ECF</u>

The Honorable Jeannette A. Vargas
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Cumulus Media New Holdings Inc. v. The Nielsen Company (US), LLC*, 1:25-cv-8581

Dear Judge Vargas:

      We represent Defendant The Nielsen Company (US), LLC ("Nielsen") in the above-referenced action. Pursuant to Rule 10 of the Court's Individual Rules and Practices in Civil Cases, and the procedure authorized by the Court at the evidentiary hearing, *see* Dec. 11, 2025 Hr'g Tr. 333:9-22, Nielsen respectfully moves the Court to provisionally treat as sealed portions of Nielsen's Proposed Findings of Fact and Conclusions of Law Denying Plaintiff Cumulus Media New Holdings Inc.'s ("Cumulus") Motion for a Preliminary Injunction ("Nielsen's Proposed Findings of Fact and Conclusions of Law") in the above-captioned action.

      Nielsen's Proposed Findings of Fact and Conclusions of Law references documents designated Confidential or Highly Confidential by the parties pursuant to the Protective Order in the above-captioned action, Dkt. 52, as well as transcripts from the hearing held before Your Honor. This material reflects confidential business information concerning an existing contract between the parties, Nielsen's pricing structure and business strategy, and Cumulus's financial information. In order to protect the confidentiality of this material, Nielsen respectfully requests that the Court permit Nielsen to file portions of its Proposed Findings of Fact and Conclusions of Law under seal. In accordance with the approach described in Nielsen's December 18, 2025, letter motion to seal, Dkt. 120, and as discussed at the hearing, *see* Dec. 11, 2025 Hr'g Tr. 333:9-22, today, Nielsen will file (1) a copy of its Proposed Findings of Fact and Conclusions of Law bearing limited redactions on the Court's public docket, and (2) an unredacted copy of the same provisionally under seal, with yellow highlighting reflecting redactions proposed by Nielsen and green highlighting reflecting redactions proposed by Cumulus.

      We appreciate the Court's consideration of this matter.

Respectfully submitted,

*/s/ Jefferson E. Bell*
Jefferson E. Bell

cc: All counsel of record (by ECF)