

Hogan Lovells US LLP
555 13th St NW
Washington, D.C. 20004
T  +1 202-637-5600
F  +1 202-637-5910
www.hoganlovells.com

December 23, 2025

*VIA CM/ECF*

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

      **Re:** *Cumulus Media New Holdings Inc. v. The Nielsen Company (US) LLC*, **Civil Action No.: 25-cv-08581 (JAV) (S.D.N.Y)**

Dear Judge Vargas:

      Plaintiff Cumulus Media New Holdings Inc. respectfully submits (1) a public, redacted version of Cumulus's Proposed Findings of Fact and Conclusions of Law, and (2) a sealed, unredacted version with highlighted proposed redactions.

      Pursuant to Your Honor's Rule 10(C)(iii) and consistent with the procedure approved during the December 11, 2025 evidentiary hearing (Dec. 11, 2025 Hrg. Tr. 333:9–334:9), the sealed version includes yellow highlighting reflecting Cumulus's proposed redactions, and green highlighting reflecting Nielsen's proposed redactions.

      The parties have met and conferred regarding these proposed redactions, and both sides have no objection to the redactions reflected in the respective highlighted materials. For the Court's convenience, the color-coding key for these highlights also appears at the bottom of page 1 of the filing. The public version contains redactions of all highlighted material.

Respectfully submitted,

By: <u>*/s/ Jennifer Fleury*</u>
    Jennifer Fleury (*pro hac vice admitted*)
    Charles Loughlin (*pro hac vice admitted*)
    Jamie Lee (*pro hac vice admitted*)
    Alisa Lu (*pro hac vice admitted*)
    Jonathan Sussler (*pro hac vice admitted*)
    HOGAN LOVELLS US LLP
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004
    Telephone: (202) 637-5600
    Facsimile: (202) 637-5910
    jennifer.fleury@hoganlovells.com
    chuck.loughlin@hoganlovells.com
    jamie.lee@hoganlovells.com
    alisa.lu@hoganlovells.com
    jonathan.sussler@hoganlovells.com

    *Counsel for Plaintiff*
    *Cumulus Media New Holdings Inc.*