**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS INC., | |
| *Plaintiff*, | Civil Action No.: 25-cv-08581 (JAV) |
| v. | |
| THE NIELSEN COMPANY (US) LLC, | |
| *Defendant*. | |

**NOTICE OF MOTION TO WITHDRAW**
**APPEARANCE OF TIANYU DONG**

Pursuant to Local Civil Rule 1.4, Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") respectfully requests that Tianyu Dong be permitted to withdraw as counsel in the above-captioned proceeding as a result of his departure from Hogan Lovells US LLP.

Mr. Dong's withdrawal will not delay the matter or prejudice any party, and he is not retaining or charging a lien.  Hogan Lovells US LLP will continue to represent Cumulus in the above-captioned proceeding.

Dated: January 6, 2026

Respectfully submitted,

*/s/ Jennifer Fleury*

Jennifer Fleury (*pro hac vice admitted*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jennifer.fleury@hoganlovells.com

*Counsel for Plaintiff*
*Cumulus Media New Holdings Inc.*

**CERTIFICATE OF SERVICE**

I, Jennifer Fleury, hereby certify that on January 6, 2026, I caused to be served the foregoing Notice of Motion to Withdraw Appearance of Tianyu Dong on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system and via email to the General Counsel of Cumulus, Richard Denning, in accordance with Local Civil Rule 1.4(b).

/s/ *Jennifer Fleury*
Jennifer Fleury