UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                   :

CUMULUS MEDIA NEW HOLDINGS INC.,       :

                                   :

             Plaintiff,           :

                                   :           25-CV-08581 (JAV)

       -v-                  :

                                   :        ORDER GRANTING

THE NIELSEN COMPANY (US) LLC,         :        MOTION TO SEAL

                                 :

            Defendant.      :

                                 :
------------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

The Court has before it motions to seal filed both by Defendant The Nielsen Company (US) LLC ("Nielsen") and Plaintiff Cumulus Media New Holdings Inc. ("Cumulus"). *See* ECF Nos. 119, 120, 121, and 126.

The motions at ECF Nos. 120, 121, and 126 seek to seal portions of the parties' proposed findings of fact and conclusions of law following a hearing on Cumulus's motion for a preliminary injunction. The Court finds that the parties' proposals are consistent with its procedure outlined at the December 11, 2025, evidentiary hearing (Dec. 11, 2025 Hrg. Tr. 333:9–334:9) and are **GRANTED**, as both parties have made a sufficient showing that their proposed redactions conceal "confidential business information" that is material to the parties' competitive position in the market and could potentially inflict "significant competitive disadvantage" on the parties. *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted). The Court thus finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access." *Id.* (internal citations and quotation marks omitted); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006).

Cumulus's letter motion at ECF No. 119 addresses redactions to the Court's Opinion on Cumulus's preliminary injunction motion.  The Court has resolved this matter through its Order at ECF No. 134.

The Clerk of Court is directed to terminate ECF Nos. 119, 120, 121, and 126.

SO ORDERED.

Dated: January 7, 2026
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge