UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                      :
CUMULUS MEDIA NEW HOLDINGS INC.,                                      :
                                                                      :
                              Plaintiff,                              :
                                                                      :            25-CV-08581 (JAV)
                -v-                                                   :
                                                                      :            ORDER GRANTING
THE NIELSEN COMPANY (US) LLC,                                         :            MOTION TO SEAL
                                                                      :
                              Defendant.                              :
                                                                      :
--------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

On October 29, 2025, Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") and Defendant The Nielsen Company (US) LLC ("Nielsen") appeared before this Court for a conference on Cumulus's Motion for Preliminary Injunction.  The Court preliminarily sealed certain portions of the conference transcript that included discussion of nonpublic and competitively sensitive information.  On November 26, 2025, Cumulus moved to permanently redact the provisionally sealed portions of the transcript.  ECF No. 81.

Plaintiff's motion is **GRANTED**.  Cumulus has made a sufficient showing that the information it seeks to seal, concerning non-public and sensitive financial information regarding Cumulus and Westwood One's operations, qualifies as "confidential business information" that is material to these entities' competitive position in the market and could potentially inflict "significant competitive disadvantage" on Cumulus and Westwood One through disclosure. *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted).  The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access."  *Id.* (internal citations and quotation marks omitted); *Lugosch v. Pyramid Co. of*

*Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006).

The Clerk of Court is directed to terminate ECF No 81.

SO ORDERED.

Dated: January 7, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2