**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
: 
CUMULUS MEDIA NEW HOLDINGS :
INC., :
: Case No.: 1:25-cv-08581 (JAV)
Plaintiff, :
:
-against- :
:
THE NIELSEN COMPANY (US) LLC, :
:
Defendant. :
------------------------------------------------------- X

# NOTICE OF APPEAL

Notice is hereby given that Defendant The Nielsen Company (US), LLC ("Nielsen") appeals to the U.S. Court of Appeals for the Second Circuit from this Court's Order entered in the above-captioned matter on December 30, 2025 (Dkt. 132) granting Plaintiff's motion for preliminary injunction, as well as the accompanying Opinion and Order (Dkt. 133) issued on the same date and the Opinion and Order entered on January 12, 2026 (Dkt. 149) denying Nielsen's motion for a stay pending appeal.

Dated: January 13, 2026

    New York, New York

Respectfully submitted,

*/s/ Jefferson E. Bell*

GIBSON, DUNN & CRUTCHER LLP

Jefferson E. Bell
Kathryn N. Salvaggio
200 Park Avenue, New York, NY 10166
Email: JBell@gibsondunn.com
Email: KSalvaggio@gibsondunn.com
Telephone:     (212) 351-4000

Josh Lipton (admitted *pro hac vice*)
1700 M Street, N.W.
Washington, D.C. 20036-4504
Email: JLipton@gibsondunn.com
Telephone:     (202) 955-8500

Samuel Liversidge (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Email: SLiversidge@gibsondunn.com
Telephone:     (213) 229-7000

Scott K. Hvidt (admitted *pro hac vice*)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Email: SHvidt@gibsondunn.com
Telephone:     (214) 698-3100

*Attorneys for Defendant The Nielsen Company (US), LLC*