# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of January, two thousand twenty-six.

Before:    Beth Robinson,
            *Circuit Judge.*

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/16/2026 |

Cumulus Media New Holdings Inc.,

    Plaintiff - Appellee,

v.

The Nielsen Company (US), LLC,

    Defendant - Appellant.

**ORDER**

Docket No. 26-88

Appellant moves for a stay pending appeal of the district court's preliminary injunction order dated December 30, 2025, and for an administrative stay of the order while the Court considers the stay pending appeal.

IT IS HEREBY ORDERED that the motion for a stay pending appeal is REFERRED to the next available three-judge motions panel. The Court grants an administrative stay of the district court's order pending decision by the panel.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/16/2026