**GIBSON DUNN**

Jefferson E. Bell
Partner
T: +1 212.351.2395
JBell@gibsondunn.com

January 21, 2026

<u>VIA ECF</u>

The Honorable Jeannette A. Vargas
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cumulus Media New Holdings Inc. v. The Nielsen Company (US), LLC*, 1:25-cv-8581 (JAV)

Dear Judge Vargas:

    We represent Defendant The Nielsen Company (US), LLC ("Nielsen") in the above-referenced action. Following the Court's December 30, 2025, Order granting Plaintiff Cumulus Media New Holdings Inc.'s ("Cumulus") motion for a preliminary injunction, Dkt. 132, we write jointly on behalf of Nielsen and Cumulus to respectfully request that the Court enter the attached proposed scheduling order governing Nielsen's time to respond to the Complaint, Dkt. 1.

    The parties are in agreement on the proposal attached as Exhibit A, which is consistent with the proposed scheduling orders previously filed in this case. *See* Dkt. 39-4 ¶ 4 (Nielsen's Proposed Scheduling Order); Dx. 24-1 ¶ 3 (Cumulus's Proposed Scheduling Order).

    We appreciate the Court's consideration of this matter.

Respectfully submitted,

*/s/ Jefferson E. Bell*
Jefferson E. Bell

cc: All counsel of record (by ECF)