# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> THE NIELSEN COMPANY (US) LLC, <br><br> *Defendant*. | Civil Action No.: 25-cv-08581 <br><br> **[PROPOSED]** <br> **SCHEDULING ORDER** |

WHEREAS, on October 16, 2025, Cumulus Media New Holdings Inc. ("Cumulus") filed a complaint and motion for preliminary injunction in the above-captioned case against Defendant The Nielsen Company (US), LLC ("Nielsen");

WHEREAS, Nielsen agreed to accept service of the Complaint and in doing so, Nielsen preserved all defenses it may have, including personal jurisdiction and venue, except for insufficient service of process; and

WHEREAS, the Court granted Cumulus's motion for preliminary injunction on December 30, 2025, Dkt. 132;

NOW, IT IS HEREBY AGREED:

a. Nielsen's time to answer, move, or otherwise respond to the Complaint shall be governed by the following schedule:

| Event | Date |
|---|---|
| Nielsen's Deadline to Respond to the Complaint | February 2, 2026 |
| Cumulus's Deadline to File its Opposition, *if any* | March 4, 2026 |
| Nielsen's Deadline to a Reply, *if any* | March 18, 2026 |

       b.   <u>All Rights Reserved.</u>  Nothing in this Proposed Scheduling Order shall waive

any defense a Party may have, including personal jurisdiction and venue.

Dated: January 21, 2026
      New York, New York

| | |
|---|---|
| _/s/ Jennifer Fleury_ | _/s/ Jefferson E. Bell_ |
| Jennifer Fleury (*pro hac vice*) | |
| Charles Loughlin (*pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| Jamie Lee (*pro hac vice*) | |
| Alisa Lu (*pro hac vice*) | Jefferson E. Bell |
| Ashley Ifeadike (*pro hac vice*) | Kathryn N. Salvaggio |
| HOGAN LOVELLS US LLP | 200 Park Avenue, New York, NY 10166 |
| 555 Thirteenth Street, N.W. | Email: JBell@gibsondunn.com |
| Washington, D.C. 20004 | Email: KSalvaggio@gibsondunn.com |
| Telephone: (202) 637-5600 | Telephone:   (212) 351-4000 |
| Facsimile: (202) 637-5910 | |
| jennifer.fleury@hoganlovells.com | Josh Lipton (admitted *pro hac vice*) |
| chuck.loughlin@hoganlovells.com | 1700 M Street, N.W. |
| jamie.lee@hoganlovells.com | Washington, D.C. 20036-4504 |
| alisa.lu@hoganlovells.com | Email: JLipton@gibsondunn.com |
| ashley.ifeadike@hoganlovells.com | Telephone:   (202) 955-8500 |
| | |
| Claude G. Szyfer | Samuel Liversidge (admitted *pro hac vice*) |
| HOGAN LOVELLS US LLP | 333 South Grand Avenue |
| 390 Madison Avenue | Los Angeles, CA 90071-3197 |
| New York, N.Y. 10017 | Email: SLiversidge@gibsondunn.com |
| Telephone: (212) 918-3000 | Telephone:   (213) 229-7000 |
| Facsimile: (212) 918-3100 | |
| claude.szyfer@hoganlovells.com | Scott K. Hvidt (admitted *pro hac vice*) |
| | 2001 Ross Avenue, Suite 2100 |
| | Dallas, Texas 75201 |
| | Email: SHvidt@gibsondunn.com |
| *Attorneys for Plaintiff* | Telephone:   (214) 698-3100 |
| *Cumulus Media New Holdings Inc.* | |
| | *Attorneys for Defendant* |
| | *The Nielsen Company (US), LLC*[1] |

Dated: _____

                                   THE HONORABLE JEANNETTE A. VARGAS
                                   UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Section 8.5 of the SDNY ECF Rules and Instructions, electronic signatures are used with the consent of all parties.