UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                          :

CUMULUS MEDIA NEW HOLDINGS, INC.,        :
                          :

               Plaintiff         :         25-CV-08581 (JAV)
                          :

       -v-                :           ORDER
                          :

THE NIELSEN COMPANY (US) LLC,         :
                          :

             Defendant.       :
                          :

------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Defendant's response to the Complaint shall be filed no later than **February 2, 2026**. If Defendant files a motion to dismiss, it is hereby ORDERED that, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, by **February 12, 2026**, the non-moving party must notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked.

      If Plaintiff elects to amend the complaint, Plaintiff shall file any amended complaint by **March 4, 2026**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If Plaintiff elects not to amend the pleadings, Plaintiff shall file any opposition to the motion to dismiss by **March 4, 2026**.  Defendant's reply, if any, shall be filed by **March 18, 2026.**

SO ORDERED.

Dated:  January 22, 2026               _____
      New York, New York             JEANNETTE A. VARGAS
                                  United States District Judge