UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
CUMULUS MEDIA NEW HOLDINGS, INC.,                         :
                                                          :
                              Plaintiff,                  :        25-CV-08581 (JAV)
                                                          :
              -v-                                         :        NOTICE OF INITIAL
                                                          :        PRETRIAL CONFERENCE
THE NIELSEN COMPANY (US) LLC,                             :
                                                          :
                              Defendant.                  :
                                                          :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Counsel for all parties shall appear for an initial pretrial conference with the Court on
**March 17, 2026,** at **11:30am.**  The conference will be held in Courtroom 11B, Daniel Patrick
Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  **All
counsel must also familiarize themselves with the Court's Individual Rules, which are
available at https://nysd.uscourts.gov/hon-jeannette-vargas.**

      Counsel are directed to confer with each other prior to the conference regarding
settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16
conference.  Additionally, the parties are hereby ORDERED to file on ECF a proposed Civil
Case Management Plan and Scheduling Order, by **March 10, 2026**.  The parties shall use this
Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at
https://nysd.uscourts.gov/hon-jeannette-vargas.  Any open legal issues can be addressed at the
conference.

      If this case has been settled or otherwise terminated, counsel are not required to submit
such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or
other proof of termination is filed on the docket by the due date for the joint letter and Proposed
Civil Case Management Plan and Scheduling Order, using the appropriate ECF Filing Event.
*See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at*
https://www.nysd.uscourts.gov/electronic-case-filing.

      In accordance with the Court's Individual Rules and Practices, requests for an extension
or adjournment may be made only by letter-motion filed on ECF and must be received at least 48
hours before the deadline or conference.  The written submission must state (1) the original
date(s); (2) the number of previous requests for adjournment or extension; (3) whether these
previous requests were granted or denied; (4) whether the adversary consents and, if not, the
reasons given by the adversary for refusing to consent; and (5) the date of the parties' next
scheduled appearance before the Court.  Unless counsel are notified that the conference has been

adjourned, it will be held as scheduled.

       SO ORDERED.

Dated: January 22, 2026
       New York, New York

                                   JEANNETTE A. VARGAS
                                   United States District Judge