UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :

CUMULUS MEDIA NEW HOLDINGS INC.,      :

                  Plaintiff,         :

                               :           25-CV-08581 (JAV)

      -v-                   :

                               :        ORDER GRANTING

THE NIELSEN COMPANY (US) LLC,        :        MOTION TO SEAL

                               :

               Defendant.       :

                               :
------------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") and Defendant The Nielsen Company (US) LLC ("Nielsen") appeared before this Court December 8, 9, and 11, 2025, for a hearing regarding Cumulus's Motion for Preliminary Injunction. The Court granted the application to close the courtroom for certain portions of the hearing that included discussion of nonpublic and competitively sensitive information. ECF No. 111. Now before the Court is Cumulus's motion to seal the transcript of those proceedings. ECF No. 152 ("Mot.").

Plaintiff's motion is **GRANTED**. Cumulus has made a sufficient showing that the portions of the transcripts it seeks to seal—limited to nonpublic third-party financial information, discussed in a closed session, and competitively sensitive information regarding Cumulus's business operations, discussed at a sidebar—qualify as "confidential business information" that is material to these entities' competitive position in the market and that could potentially inflict "significant competitive disadvantage" on Cumulus and the third-party through disclosure. *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted). The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public

access." *Id.* (internal citations and quotation marks omitted); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006).

The Court orders that pages 167-208 from the transcript of the proceedings held on December 9, 2025, and pages 329-331 from the transcript of the proceedings held on December 11, 2025, shall be sealed.  The Clerk of Court is directed to terminate ECF No. 152.

SO ORDERED.

Dated: February 2, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2