UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
CUMULUS MEDIA NEW HOLDINGS INC.,                :
:
Plaintiff,                    :
:                    25-CV-08581 (JAV)
-v-                             :
:                    ORDER GRANTING
THE NIELSEN COMPANY (US) LLC,                         :                    MOTION TO SEAL
:
Defendant.                   :
:
-------------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

Defendant The Nielsen Company (US) LLC ("Nielsen") moves to seal portions of its

Answer and Counterclaims, filed on February 2, 2026, that disclose terms of its 2023 Service

Agreement ("Agreement") with Plaintiff and Counterclaim-Defendant Cumulus Media New

Holdings Inc.  ECF No. 161; ECF No. 160.  The Agreement is designated confidential under the

parties' protective order, ECF No. 52, and the Court has previously sealed references to its contents

in the parties' filings, *see, e.g.,* ECF No. 97, after determining they qualified as "confidential

business information."  *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x

615, 617 (2d Cir. 2009).

Accordingly, Defendant's motion is **GRANTED**.  The Clerk of Court is directed to

terminate ECF No. 160.

SO ORDERED.

Dated: February 3, 2026
         New York, New York                                      _____
                                                                                JEANNETTE A. VARGAS
                                                                                United States District Judge