S.D.N.Y. – N.Y.C.
25-cv-8581
Vargas, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty-six.

Present:
    John M. Walker, Jr.,
    Barrington D. Parker,
    Joseph F. Bianco,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2026
```

Cumulus Media New Holdings Inc.,

        *Plaintiff-Appellee*,

v.     26-88

The Nielsen Company (US), LLC,

        *Defendant-Appellant*.

Appellant moves for a stay pending resolution of this appeal from the district court's preliminary injunction entered on December 30, 2025. Appellee opposes. Appellee moves to seal its opposition to the motion, which Appellant has not opposed.

Upon due consideration, it is hereby ORDERED that the motion for a stay pending appeal is GRANTED. Appellant has met the requisite standard for a stay pending appeal. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

It is further ORDERED that Appellee's motion to seal its opposition is GRANTED.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 02/03/2026