

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

February 11, 2026

*VIA CM/ECF*

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

      Re:    ***Cumulus Media New Holdings Inc. v. The Nielsen Company (US) LLC**, Civil Action No.: 25-cv-08581 (JAV) (S.D.N.Y.)*

Dear Judge Vargas:

    We write jointly on behalf of Plaintiff Cumulus Media New Holdings Inc. and Defendant The Nielsen Company (US), LLC ("Nielsen") in the above-referenced action to respectfully request that the Court enter the proposed scheduling order, attached as Exhibit A, to govern the deadlines concerning Nielsen's counterclaims filed on February 2, 2026. The parties are in agreement on this proposal.

    We appreciate the Court's consideration of this matter.

Hon. Jeannette A. Vargas
February 11, 2026
Page 2

                                               Respectfully submitted,

By:   */s/ Jennifer Fleury*
       Jennifer Fleury (*pro hac vice admitted*)
       Charles Loughlin (*pro hac vice admitted*)
       Alisa Lu (*pro hac vice admitted*)
       Jonathan Sussler (*pro hac vice admitted*)
       HOGAN LOVELLS US LLP
       555 Thirteenth Street, N.W.
       Washington, D.C. 20004
       Telephone: (202) 637-5600
       Facsimile: (202) 637-5910
       jennifer.fleury@hoganlovells.com
       chuck.loughlin@hoganlovells.com
       alisa.lu@hoganlovells.com
       jonathan.sussler@hoganlovells.com

       *Counsel for Plaintiff*
       *Cumulus Media New Holdings Inc.*