UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS INC., <br><br> *Plaintiff,* <br><br> vs. <br><br> THE NIELSEN COMPANY (US) LLC, <br><br> *Defendant.* | Civil Action No.: 25-cv-08581 <br><br> **SCHEDULING ORDER** |

WHEREAS, on October 16, 2025, Cumulus Media New Holdings Inc. ("Cumulus") filed a complaint and motion for preliminary injunction in the above-captioned case against Defendant The Nielsen Company (US), LLC ("Nielsen");

WHEREAS, on February 2, 2026, Nielsen filed an answer and counterclaims, Dkt. 161;

NOW, IT IS HEREBY AGREED:

    a. Cumulus's time to answer, move, or otherwise respond to Nielsen's counterclaims shall be governed by the following schedule:

| Event | Date |
|---|---|
| Cumulus's deadline to file its response to Nielsen's Counterclaims, including any motion to dismiss the Counterclaims | March 4, 2026 |
| Nielsen's deadline to notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked pursuant to Rule 5(I)(i) of Judge Vargas's Individual Rules and Practices | March 16, 2026 |
| **If Nielsen does not amend its counterclaims** | |
| Nielsen's deadline to file its opposition to Cumulus's motion to dismiss the Counterclaims, *if any* | April 3, 2026 |
| Cumulus's deadline to file a reply, *if any* | April 17, 2026 |

| **If Nielsen amends its counterclaims** | |
|---|---|
| Nielsen's deadline to file amended counterclaims | April 3, 2026 |
| Cumulus's deadline to file its response to Nielsen's amended counterclaims, including any motion to dismiss the amended counterclaims | April 24, 2026 |
| Nielsen's deadline to file its opposition to Cumulus's motion to dismiss the amended counterclaims, *if any* | May 15, 2026 |
| Cumulus's deadline to file a reply, *if any* | May 28, 2026 |

      b.    <u>All Rights Reserved.</u>  Nothing in this Proposed Scheduling Order shall waive any defense a Party may have, including personal jurisdiction and venue.

Dated: February 11, 2026
       New York, New York

| | |
|---|---|
| /s/ Jennifer Fleury | /s/ Jefferson E. Bell |
| Jennifer Fleury (*pro hac vice*) | |
| Charles Loughlin (*pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| Alisa Lu (*pro hac vice*) | |
| Jonathan Sussler (*pro hac vice*) | Jefferson E. Bell |
| HOGAN LOVELLS US LLP | Kathryn N. Salvaggio |
| 555 Thirteenth Street, N.W. | 200 Park Avenue, New York, NY 10166 |
| Washington, D.C. 20004 | Email: JBell@gibsondunn.com |
| Telephone: (202) 637-5600 | Email: KSalvaggio@gibsondunn.com |
| Facsimile: (202) 637-5910 | Telephone: (212) 351-4000 |
| jennifer.fleury@hoganlovells.com | |
| chuck.loughlin@hoganlovells.com | Josh Lipton (admitted *pro hac vice*) |
| alisa.lu@hoganlovells.com | 1700 M Street, N.W. |
| jonathan.sussler@hoganlovells.com | Washington, D.C. 20036-4504 |
| | Email: JLipton@gibsondunn.com |
| | Telephone: (202) 955-8500 |
| *Attorneys for Plaintiff* | |
| *Cumulus Media New Holdings Inc.* | |
| | Scott K. Hvidt (admitted *pro hac vice*) |
| | 2001 Ross Avenue, Suite 2100 |
| | Dallas, Texas 75201 |
| | Email: SHvidt@gibsondunn.com |
| | Telephone: (214) 698-3100 |
| | |
| | *Attorneys for Defendant* |
| | *The Nielsen Company (US), LLC* |

Dated: February 12, 2026

                                                        /s/ Jeannette Vargas
                                              THE HONORABLE JEANNETTE A. VARGAS
                                              UNITED STATES DISTRICT JUDGE