## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE NIELSEN COMPANY (US) LLC, <br><br> *Defendant*. | Civil Action No.: 25-cv-08581 (JAV) <br><br> Oral Argument Requested <br><br> **NOTICE OF MOTION TO DISMISS COUNTERCLAIMS** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss Counterclaims, Plaintiff Cumulus Media New Holdings Inc., by and through their undersigned counsel, Hogan Lovells US LLP, hereby move this Court, as soon as counsel may be heard, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order: (1) dismissing with prejudice the counterclaims asserted by Defendant The Nielsen Company (US) LLC (ECF No. 161), and (2) for such other and further relief as this Court may deem just and proper.

Dated: March 4, 2026          Respectfully submitted,

By: */s/ Jennifer Fleury*
    Jennifer Fleury (*pro hac vice admitted*)
    Charles Loughlin (*pro hac vice admitted*)
    Alisa Lu (*pro hac vice admitted*)
    Jonathan Sussler *(pro hac vice admitted)*
    HOGAN LOVELLS US LLP
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004
    Telephone: (202) 637-5600
    Facsimile: (202) 637-5910
    jennifer.fleury@hoganlovells.com
    chuck.loughlin@hoganlovells.com
    alisa.lu@hoganlovells.com
    jonathan.sussler@hoganlovells.com

    Claude G. Szyfer
    HOGAN LOVELLS US LLP
    390 Madison Avenue
    New York, N.Y. 10017
    Telephone: (212) 918-3000
    Facsimile: (212) 918-3100
    claude.szyfer@hoganlovells.com

    *Counsel for Plaintiff*
    *Cumulus Media New Holdings Inc.*