UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CUMULUS MEDIA NEW HOLDINGS INC.,                                       :
                                                                       :
                                    Plaintiff,                         :
                                                                       :                25-CV-08581 (JAV)
                  -v-                                                  :
                                                                       :                ORDER GRANTING
THE NIELSEN COMPANY (US) LLC,                                          :                MOTION TO SEAL
                                                                       :
                                    Defendant.                         :
                                                                       :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") moves to seal limited portions of

its Memorandum of Law in Support of its Motion to Dismiss, filed on March 4, 2026, that disclose

terms of its 2023 Service Agreement ("Agreement") with Defendant and Counterclaim-Plaintiff The

Nielsen Company (US) LLC ("Nielsen").  ECF Nos. 170-171.  The Agreement has been designated

confidential under the parties' protective order, ECF No. 52, and the Court has previously granted

Nielsen's motion to seal portions of its Answer containing the Agreement's terms, *see, e.g.,* ECF

No. 164, after determining the requested redactions qualified as "confidential business

information."  *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615,

617 (2d Cir. 2009).

        Accordingly, Cumulus's motion is **GRANTED**.  The Clerk of Court is directed to terminate

ECF No. 170.

        SO ORDERED.

Dated:  March 6, 2026                          _____
        New York, New York                              JEANNETTE A. VARGAS
                                                        United States District Judge