**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS INC., | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
| v. | )        Civil Action No. 25-cv-08581-JAV |
| | ) |
| | ) |
| | ) |
| THE NIELSEN COMPANY (US) LLC, | ) |
| Defendant. | ) |
| | ) |

**SUGGESTION OF BANKRUPTCY OF**
**CUMULUS MEDIA NEW HOLDINGS INC. AND**
**NOTICE OF AUTOMATIC STAY OF PROCEEDINGS**

      **PLEASE TAKE NOTICE** that, on March 4, 2026, Cumulus Media New Holdings Inc. and certain of its affiliates (each, a "Debtor" and, collectively, the "Debtors")[1] commenced filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). A copy of the voluntary petition of the lead Debtor, Cumulus Media Inc. (Case No. 26-90346-ARP), is attached hereto as **Exhibit A**.

      **PLEASE TAKE FURTHER NOTICE** that each of the Debtors' chapter 11 cases (collectively, the "Chapter 11 Cases") is pending before the Honorable Alfredo R. Perez.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.veritaglobal.net/cumulusmedia. The Debtors' service address for purposes of these chapter 11 cases is: 780 Johnson Ferry Road, N.E., Suite 500, Atlanta, Georgia 30342.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a stay of:

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

11 U.S.C. § 362(a)(1)–(3).[2]  No order has been sought or entered in the Chapter 11 Cases granting any relief to any party from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that nothing herein is intended to, or should be construed to:  (a) concede that the Debtors' affirmative claims asserted in the above-captioned action against Defendant are stayed by section 362 of the Bankruptcy Code (and the Debtors expressly reserve all rights to prosecute such claims); or (b) stay or otherwise affect the Appeal from the United States District Court for the Southern District of New York currently pending before the United States Court of Appeals for the Second Circuit (Case No. 26-88).

**PLEASE TAKE FURTHER NOTICE** that all counterclaims and other affirmative claims asserted by Defendant against the Debtors in the above-captioned action constitute actions against the Debtors and are stayed by section 362(a) of the Bankruptcy Code unless and until the Bankruptcy Court grants relief from the automatic stay.  Any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay.

---

[2]  Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that, without prejudice to the Debtors' rights described above, and without conceding that the Debtors' affirmative claims are subject to the automatic stay, the Debtors consent to a stay of all matters pending in this Court in the above-captioned proceedings for the purpose of avoiding any potential inefficiency, duplication of effort or waste of judicial resources.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to take action against the Debtors should contact the Debtors' bankruptcy counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, Attn:  Jacob A. Adlerstein (jadlerstein@paulweiss.com), Kyle J. Kimpler (kkimpler@paulweiss.com), Sarah Harnett (sharnett@paulweiss.com), and Stephanie Lascano (slascano@paulweiss.com) before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the automatic stay.  The Debtors reserve and retain all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' proposed claims and noticing agent at www.veritaglobal.net/cumulusmedia.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein.

Dated:  March 10, 2026

/s/ Jennifer Fleury
Jennifer Fleury (*pro hac vice admitted*)
Charles Loughlin (*pro hac vice admitted*)
Alisa Lu (*pro hac vice admitted*)
Ashley Ifeadike (*pro hac vice admitted*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jennifer.fleury@hoganlovells.com
chuck.loughlin@hoganlovells.com
alisa.lu@hoganlovells.com
ashley.ifeadike@hoganlovells.com

Claude G. Szyfer
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, N.Y. 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
claude.szyfer@hoganlovells.com

*Counsel for Plaintiff Cumulus Media
New Holdings Inc.*

## CERTIFICATE OF SERVICE

I, Jennifer Fleury, certify that on the 10th day of March, 2026, the foregoing *Suggestion of Bankruptcy for Cumulus Media Holdings Inc. and Certain of its Affiliates and Notice of Automatic Stay of Proceedings,* was filed with the Clerk using the Court's ECF system.  All counsel of record are registered ECF users, and service will be accomplished by the ECF system.

Dated:  March 10, 2026

<div style="margin-left:40%">

*/s/ Jennifer Fleury*
Jennifer Fleury (*pro hac vice admitted*)
Charles Loughlin (*pro hac vice admitted*)
Alisa Lu (*pro hac vice admitted*)
Ashley Ifeadike (*pro hac vice admitted*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jennifer.fleury@hoganlovells.com
chuck.loughlin@hoganlovells.com
alisa.lu@hoganlovells.com
ashley.ifeadike@hoganlovells.com

Claude G. Szyfer
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, N.Y. 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
claude.szyfer@hoganlovells.com

*Counsel for Plaintiff Cumulus Media*
*New Holdings Inc.*

</div>