UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CUMULUS MEDIA NEW HOLDINGS INC.,                                   :
                                                                   :
                              Plaintiff,                           :
                                                                   :            25-CV-08581 (JAV)
                 -v-                                               :
                                                                   :                 ORDER
THE NIELSEN COMPANY (US) LLC,                                      :
                                                                   :
                              Defendant.                           :
                                                                   :
------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

On March 10, 2026, a Suggestion of Bankruptcy was filed in this case, advising that on March 4, 2026, Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Texas.  See ECF No. 175.

IT IS HEREBY ORDERED that, pursuant to Section 362(a) of the Bankruptcy Code, counterclaims by Defendant The Nielsen Company (US) LLC ("Nielsen") against Cumulus are stayed until the earlier of (i) the termination of the automatic stay pursuant to Section 362(c) of the Bankruptcy Code, and (ii) entry by the Bankruptcy Court of an order lifting the stay with respect to such counterclaims.  *See* 11 U.S.C. § 362(a)(1) (the filing of a Chapter 11 petition "operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title").

IT IS FURTHER ORDERED that Cumulus's claims against Nielsen are stayed pending further order of the Court.

IT IS FURTHER ORDERED that, by June 9, 2026, the parties shall submit a joint letter regarding the status of the bankruptcy proceedings. Any submission will not constitute a waiver or modification of the application of the automatic stay.

IT IS FURTHER ORDERED that the parties shall continue to submit status updates every ninety (90) days thereafter regarding the status of the bankruptcy proceedings and their impact on the automatic stay of this case.

SO ORDERED.

Dated: March 11, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge