

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

June 9, 2026

*VIA CM/ECF*

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

> **Re:** ***Cumulus Media New Holdings Inc. v. The Nielsen Company (US) LLC***, **Civil Action No.: 25-cv-08581 (JAV) (S.D.N.Y.)**

Dear Judge Vargas:

We write jointly on behalf of Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") and Defendant The Nielsen Company (US), LLC ("Nielsen") in the above-referenced action to provide the Court with an update on the status of the bankruptcy proceedings as ordered by the Court on March 11, 2026 (ECF No. 176).

On March 4, 2026, Cumulus Media Inc., and certain of its affiliates, including Cumulus (collectively, the "Debtors") commenced filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending in the Bankruptcy Court before the Honorable Alfredo R. Perez and are jointly administered under the lead case captioned *In re Cumulus Media Inc.*, Case No. 26-90346-ARP (the "Bankruptcy Proceedings").

On April 15, 2026, the Bankruptcy Court entered an order confirming the Debtors' chapter 11 plan of reorganization. Consummation of the restructuring transactions contemplated therein is subject to the Debtors' receipt of the Federal Communications Commission's approval of the reorganization (the "FCC Approval") and certain other conditions. On May 20, 2026, the Debtors filed applications to obtain FCC Approval. Presently, the Debtors anticipate receiving FCC Approval and satisfying the other conditions precedent to consummation of their chapter 11 plan in late summer or early fall. Cumulus expects that it will likely exit bankruptcy shortly thereafter.

Hon. Jeannette A. Vargas
June 9, 2026
Page 2

Cumulus will promptly update this Court regarding any rulings or proceedings related to the Bankruptcy Proceedings that may further impact the above-referenced action.

Respectfully submitted,

By:  /s/ Charles Loughlin

Jennifer Fleury (*pro hac vice admitted*)
Charles Loughlin (*pro hac vice admitted*)
Alisa Lu (*pro hac vice admitted*)
Ashley Ifeadike (*pro hac vice admitted*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jennifer.fleury@hoganlovells.com
chuck.loughlin@hoganlovells.com
alisa.lu@hoganlovells.com
ashley.ifeadike@hoganlovells.com

*Counsel for Plaintiff*
*Cumulus Media New Holdings Inc.*