# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE NIELSEN COMPANY (US), LLC, <br><br> *Defendant*. | Civil Action No.: 25-cv-8581 (JAV) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters her appearance as counsel for The Nielsen Company (US), LLC ("Nielsen") and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Nielsen.  The undersigned is admitted to practice before this Court.

Dated:  New York, New York
       July 28, 2026

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Jordan Estes*
     Jordan Estes

200 Park Avenue
New York, NY  10166-0193
Tel:  (212) 351-3906
JEstes@gibsondunn.com

*Counsel for The Nielsen Company (US), LLC*