UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                      :

CUMULUS MEDIA NEW HOLDINGS INC.,      :

                                        :

                   Plaintiff,          :

                                        :              25-CV-08581 (JAV)

          -v-                            :

                                        :                <u>ORDER</u>

THE NIELSEN COMPANY (US) LLC,          :

                                        :

                  Defendant.        :

                                        :
------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") moves to enforce the Court's preliminary injunction order, recently affirmed in full by the Second Circuit. *See* ECF Nos. 178, 187-88. Cumulus also seeks to seal one pricing proposal within that motion. ECF No. 189. Defendant The Nielsen Company (US) LLC ("Nielsen") opposes Cumulus's motion to enforce on the basis of mootness, as Nielsen has now provided Cumulus with a standalone pricing proposal, and on the basis that Cumulus has not met its burden to enforce the Court's order. ECF No. 194.

The Court requires supplemental briefing with respect to this motion. The parties are directed to address this Court's jurisdiction to adjudicate a motion to enforce the preliminary injunction prior to the issuance of a mandate by the Second Circuit. *See, e.g.*, *New York State Nat. Org. for Women v. Terry*, 886 F.2d 1339, 1349 (2d Cir. 1989) (appeal terminates the district court's jurisdiction over those aspects of the case that are on appeal). In addition, Cumulus is directed to respond to Nielsen's mootness allegation. The parties should submit letter briefs of no more than four pages in length by **Friday, August 7, 2026**.

Further, Cumulus's motion to seal is **GRANTED** for the reasons stated therein. *See Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir.

2009); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006).  The Clerk of Court

is directed to terminate ECF No. 189.

       SO ORDERED.

Dated:  August 4, 2026
       New York, New York

_____

       JEANNETTE A. VARGAS
       United States District Judge