UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CUMULUS MEDIA NEW HOLDINGS INC.,                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :                    25-CV-08581 (JAV)
               -v-                                                     :
                                                                       :                    ORDER
THE NIELSEN COMPANY (US) LLC,                                          :
                                                                       :
                              Defendant.                               :
                                                                       :
----------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

        The Court appears to lack jurisdiction to act on the pending motion to enforce the

preliminary injunction.  ECF No. 188.  On February 3, 2026, the Second Circuit entered an order

staying the preliminary injunction pending appeal.  Although the Second Circuit, as part of its July

13, 2026 judgment, vacated the February 3, 2026 stay, The Nielsen Company (US), LLC filed a

motion for panel rehearing and rehearing en banc.  Accordingly, the mandate has yet to issue.  The

judgment (and the vacatur of the stay order) is therefore not final.  *See* Fed. R. App. P. 41 advisory

committee's note.  Absent a clarifying order from the Second Circuit with respect to whether the

stay of the injunction is currently operative, the Court will refrain from acting on the motion to

enforce the preliminary injunction.

        Further, Cumulus's letter motion to seal portions of its supplemental letter brief, containing

sensitive confidential details concerning the parties' negotiations (ECF No. 197), is **GRANTED** for

the reasons stated therein.  The Clerk of Court is directed to terminate ECF No. 197.

        SO ORDERED.

Dated: August 11, 2026                          _____
       New York, New York                       JEANNETTE A. VARGAS
                                                United States District Judge