UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS, INC., Plaintiff, -v- THE NIELSEN COMPANY (US) LLC, Defendant. | 25-CV-08581 (JAV) <br> ORDER |

JEANNETTE A. VARGAS, United States District Judge:

It is hereby ORDERED that the evidentiary hearing with respect to Plaintiff's Motion to Enforce the Preliminary Injunction Order, ECF No. 187, on **Tuesday, September 1, at 1:00 PM** in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

By **Sunday, August 30, 2026, at 5 PM,** the parties shall serve, *but not file*, affidavits constituting the direct testimony of each witness, except for the direct testimony of an adverse party, a person whose attendance is compelled by subpoena, or a person for whom the Court has agreed to hear direct testimony live at the hearing. Witness affidavits are subject to the same rules and restrictions as would apply in the case of live testimony (i.e., they are a direct substitute for the live direct testimony), so the parties should be diligent in complying with all applicable Rules of Evidence, including but not limited to the rules regarding hearsay, personal knowledge, and proper foundation (e.g., as to any evidence offered in connection with the witness's direct testimony). Additionally, Rule 615 of the Federal Rules of Evidence applies to the witness affidavits just as it would if the witnesses were providing live testimony in open court. That is, fact witnesses may not read any affidavit of another witness (unless and until the Court grants leave to do otherwise in accordance with Rule 615). It is counsel's obligation to ensure that witnesses are aware of, and comply with, that rule.

**By Monday, August 31, at 6PM,** counsel for each party shall submit to the Court a list of all affiants whom he or she intends to cross-examine at the hearing as well as any third-party witness they intend to call . Only those witnesses who will be cross-examined need to appear at the hearing. The original signed affidavits should be brought to the hearing to be marked as exhibits.

**By Monday, August 31, at 6PM,** the parties shall provide the Court with all exhibits in accordance with Rule 3.C of the Court's Individual Rules and Practices for Hearings

and Trials, as well as a Microsoft Excel document listing all exhibits sought to be admitted, as specified in Rule 3.A.

It is further **HEREBY ORDERED** that by Monday, August 31, 2026, Defendant shall submit to the Court under seal a declaration setting forth why it would not be "commercially practicable" to extend until the end of September Plaintiff's access to the Nationwide data.

SO ORDERED. Dated:

August 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge