HOGAN LOVELLS CADWALADER

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

T: +1 202 637 5600
F: +1 202 637 5910
www.hlc.com

September 2, 2026

*VIA CM/ECF*

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

**Re: *Cumulus Media New Holdings Inc. v. The Nielsen Company (US) LLC*, Civil Action No.: 25-cv-08581 (JAV) (S.D.N.Y)**

Dear Judge Vargas:

We represent Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") and write on behalf of Cumulus and defendant The Nielsen Company (US) LLC ("Nielsen") (together, "the parties") in response to the Court's order at the conclusion of the evidentiary hearing held on September 1, 2026 directing Cumulus to file proposed findings of fact and conclusions of law by no later than 5 p.m. on Thursday, September 3, 2026, and defendant Nielsen to file a response by no later than 5 p.m. on Friday, September 4. The parties respectfully request that the Court grant leave for Cumulus and Nielsen to file their submissions under seal on September 3, 2026 and September 4, 2026, respectively. The parties will then confer concerning the need for redactions to any information designated Confidential or Highly Confidential pursuant to the Protective Order, Dkt. 52, and file proposed redactions and a public redacted version of the submissions by no later than Wednesday, September 9, 2026.

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader International LLP and Hogan Lovells Cadwalader US LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.

Dated: September 2, 2026

Respectfully submitted,

*/s/ Jennifer Fleury*

Jennifer Fleury (*pro hac vice admitted*)
Charles Loughlin (*pro hac vice admitted*)
Alisa Lu (*pro hac vice admitted*)
Ashley Ifeadike (*pro hac vice admitted*)
Jonathan Sussler (*pro hac vice admitted*)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jennifer.fleury@hlc.com
chuck.loughlin@hlc.com
alisa.lu@hlc.com
ashley.ifeadike@hlc.com
jonathan.sussler@hlc.com

Claude G. Szyfer
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, N.Y. 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
claude.szyfer@hlc.com

*Counsel for Plaintiff*
*Cumulus Media New Holdings Inc.*