GIBSON DUNN

Joshua Lipton
Partner
T: +1 202.955.8226
JLipton@gibsondunn.com

September 3, 2026

VIA ECF

The Honorable Jeannette A. Vargas
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cumulus Media New Holdings Inc. v. The Nielsen Company (US), LLC*, 1:25-cv-8581

Dear Judge Vargas:

We represent Defendant The Nielsen Company (US), LLC ("Nielsen") in the above-referenced action. Pursuant to Rule 3(A) of the Court's Individual Rules and Practices in Civil Cases, we write to respectfully request leave to supplement the record following the September 1, 2026 evidentiary hearing before the Court (the "Hearing"), with a one-page exhibit, attached hereto as Exhibit A, DX-78.

Specifically, in connection with Cumulus Media New Holdings Inc.'s ("Cumulus") motion to enforce the preliminary injunction, Dkt. 187, Nielsen seeks to supplement the record with a document reflecting Nielsen's modification of its offer to license its standalone Nationwide report to Cumulus for its WestwoodOne business unit—the central focus of Cumulus's motion.

"Courts in this Circuit look favorably on efforts to supplement the record absent prejudice or bad faith." *Phoenix Light SF Ltd. v. Deutsche Bank Nat'l Tr. Co.*, 585 F. Supp. 3d 540, 568 n.21 (S.D.N.Y. 2022), *aff'd sub nom. Phoenix Light SF Ltd. v. Bank of N.Y. Mellon*, 66 F.4th 365 (2d Cir. 2023). Cumulus will not suffer any prejudice here given that the offer was made after the Hearing, and Cumulus is a recipient of Exhibit A. Cumulus also has the opportunity to respond to Nielsen's offer, and to address the offer in its forthcoming Proposed Findings of Fact and Conclusions of Law. Further, Nielsen's application is not made in bad faith, but is instead intended to ensure that the record reflects a complete picture of the ongoing commercial negotiation at issue in Cumulus's motion. "[T]he parties will be best served by the Court's deciding the . . . issue presented to it on the most complete factual basis possible." *Nat'l Union Fire Ins. Co. of Pittsburgh, PA v. BP Amoco P.L.C.*, 2003 WL 1618534, at *1 (S.D.N.Y. Mar. 27, 2003).

Accordingly, Nielsen respectfully requests the Court's leave to supplement the record with Exhibit A. We appreciate the Court's consideration of this matter.

Respectfully submitted,

*/s/ Joshua Lipton*
Joshua Lipton (admitted *pro hac vice*)

cc: All counsel of record (by ECF)