# EXHIBIT A – FILED UNDER SEAL