UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CUMULUS MEDIA NEW HOLDINGS INC., Plaintiff, -v- THE NIELSEN COMPANY (US) LLC, Defendant. | : | 25-CV-08581 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On September 1, 2026, the parties appeared for an evidentiary hearing on Plaintiff's Motion to Enforce the Court's Preliminary Injunction Order. *See* ECF No. 188, 206. For the reasons stated on the record at that hearing:

- The motion to seal the courtroom by Defendant The Nielsen Company (US) LLC ("Nielsen") is **GRANTED IN PART AND DENIED IN PART**. *See* Hearing Tr. at 2:16–13:5, 67:1-22.
- Nielsen's motion to redact the monetary figure at line 65:20 from the hearing transcript is **GRANTED**.
- By September 8, 2026, the parties are directed to jointly submit portions of the hearing transcript that may be *unsealed*, if any.

For the reasons set out at ECF Nos. 215-217 and 220-222, the parties' motions to seal and to supplement the record are **GRANTED.**

The Clerk of Court is respectfully directed to terminate ECF Nos. 211, 215-217, 220-222.

SO ORDERED.

Dated: September 4, 2026
New York, New York

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge