UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CUMULUS MEDIA NEW HOLDINGS INC.,

Plaintiff,

-v-

THE NIELSEN COMPANY (US) LLC,

Defendant.

25-CV-08581 (JAV)

ORDER GRANTING MOTION TO SEAL

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff Cumulus Media New Holdings Inc. ("Cumulus") and Defendant The Nielsen Company (US) LLC ("Nielsen") appeared before this Court on August 28, 2026, for a conference. ECF No. 212. Now before the Court is Nielsen's motion to seal portions of the transcript of those proceedings, and for the transcript to be docketed in redacted form. ECF No. 152.

Plaintiff's motion is **GRANTED**. Nielse has made a sufficient showing that the portions of the transcripts it seeks to seal, which contains information that the Court has previously sealed in other filings and in a judicial opinion, qualifies as "confidential business information" that is material to these entities' competitive position in the market, including confidential business negotiations. *See Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted). The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access." *Id.* (internal citations and quotation marks omitted); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006).

The Court orders that the Clerk of Court and the Court Reporter seal the highlighted portions of the transcript found at ECF No. 260-1. A redacted version of the transcript currently filed under

seal at ECF No. 212 shall be filed on the public docket.

The Clerk of Court is directed to terminate ECF No. 259.

SO ORDERED.

Dated: October 7, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge