GIBSON DUNN

Joshua Lipton
Partner
T: +1 202.955.8226
JLipton@gibsondunn.com

October 29, 2026

VIA ECF

The Honorable Jeannette A. Vargas
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cumulus Media New Holdings Inc. v. The Nielsen Company (US), LLC*, 1:25-cv-8581

Dear Judge Vargas:

We represent Defendant The Nielsen Company (US), LLC ("Nielsen") and write jointly on behalf of Nielsen and Cumulus Media New Holdings LLC ("Cumulus") in the above-referenced action, pursuant to Rules 3(A) and 5(B) of the Court's Individual Rules and Practices in Civil Cases, to address the case schedule now that Cumulus has emerged from bankruptcy.

Under the Court's February 12, 2026 Scheduling Order, Dkt. 169, Cumulus moved to dismiss Nielsen's counterclaims, and Nielsen's deadline to notify the Court as to whether it intends to file amended counterclaims or rely on its existing pleading was March 16, 2026. Prior to that deadline, on March 4, 2026, Cumulus filed for Chapter 11 bankruptcy, and the Court stayed Nielsen's counterclaims, pursuant to Section 362(a) of the Bankruptcy Code, until the termination of the automatic stay. *See* Dkt. 176. As Cumulus advised the Court, the automatic stay terminated on October 16, 2026. Dkt. 265. The parties have met and conferred, and jointly request the Court set Nielsen's deadline to notify the Court as to whether it intends to file amended counterclaims or rely on its existing pleading as November 16, 2026. *See* 11 U.S.C. § 108(c)(2).

With respect to the remaining deadlines in the Scheduling Order, the parties will meet and confer and will submit a joint proposed revised schedule.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Joshua Lipton*
Joshua Lipton (admitted *pro hac vice*)

cc: All counsel of record (by ECF)