UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS INC., Plaintiff, -v- THE NIELSEN COMPANY (US) LLC, Defendant. | 25-CV-08581 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of Plaintiff's October 27, 2026 letter. ECF No. 265. In March 2026, Plaintiff and its parent company, Cumulus Media Inc., filed for Chapter 11 bankruptcy. *Id.* Plaintiff reported that on October 16, 2026, the Debtors' chapter 11 plan became effective, and the Debtors, including Plaintiff, emerged from chapter 11. *Id.* As part of the bankruptcy proceedings, Plaintiff Cumulus Media New Holdings Inc. was converted into a limited liability company currently known as Cumulus Media New Holdings LLC. *Id.*

Plaintiff now seeks leave to change the case caption to reflect Plaintiff's updated name and corporate form because of the aforementioned bankruptcy proceedings. *Id.* Plaintiff's request is GRANTED.

The Clerk of Court is directed to amend the case caption to terminate Cumulus Media New Holdings Inc., substitute Cumulus Media New Holdings LLC as defendant, and revise the case caption as follows:

-------------------------------------------------------------------X
CUMULUS MEDIA NEW HOLDINGS LLC,

Plaintiff,

-v-

THE NIELSEN COMPANY (US) LLC,

Defendant.
-------------------------------------------------------------------X

Additionally, the parties submitted a letter on October 29, 2026, requesting that the Court set a deadline for Defendant to notify the Court as to its intent to file amended counterclaims or rely on its existing pleading. ECF No. 266. The parties' request is GRANTED. Defendant shall notify the Court of its intent to file amended counterclaims or rely on its existing pleading by **November 16, 2026**.

The parties are **FURTHER ORDERED** to appear for a Status Conference on December 15, 2026, at 12:00 p.m., in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties should be prepared to discuss next steps in this litigation.

SO ORDERED.

Dated: November 4, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge