**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CUMULUS MEDIA NEW HOLDINGS LLC,<br>*Plaintiff,*<br>v.<br>THE NIELSEN COMPANY (US) LLC,<br>*Defendant.* | **AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Civil Action No.: 25-cv-08581 (JAV) |

Plaintiff and its parent company, Cumulus Media Inc., filed for Chapter 11 bankruptcy in March 2026. *See In re Cumulus Media Inc*., No. 26-90346 (Bankr. S.D. Tex. Mar. 4, 2026), Dkt. 1. As part of those proceedings, Plaintiff Cumulus Media New Holdings Inc. was converted into a limited liability company known as Cumulus Media New Holdings LLC. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Cumulus Media New Holdings LLC ("Plaintiff"), by and through its undersigned counsel, hereby discloses that:

1. Plaintiff is a wholly-owned subsidiary of Cumulus Media Intermediate Inc.
2. Cumulus Media Intermediate Inc. is a wholly-owned subsidiary of Cumulus Media Inc.
3. Cumulus Media New Holdings LLC is not aware of any publicly held company that holds 10% or more of the stock of Cumulus Media New Holdings LLC or Cumulus Media Intermediate Inc. Bank of America Corp., through Bank of America, N.A., and BofA Securities, owns 10% or more of the stock of Cumulus Media Inc.
4. Plaintiff will promptly supplement this disclosure upon any change to the above-stated information.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Jennifer Fleury*

Jennifer Fleury (*pro hac vice admitted*)
Charles Loughlin (*pro hac vice admitted*)
Alisa Lu (*pro hac vice admitted*)
Ashley Ifeadike (*pro hac vice admitted*)
Jonathan Sussler (*pro hac vice admitted*)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jennifer.fleury@hlc.com
chuck.loughlin@hlc.com
alisa.lu@hlc.com
ashley.ifeadike@hlc.com
jonathan.sussler@hlc.com

Claude G. Szyfer
HOGAN LOVELLS CADWALADER US LLP
390 Madison Avenue
New York, N.Y. 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
claude.szyfer@hlc.com

*Counsel for Plaintiff*
*Cumulus Media New Holdings LLC*