HOGAN LOVELLS
CADWALADER

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

T: +1 202 637 5600
F: +1 202 637 5910
www.hlc.com

November 11, 2026

*VIA CM/ECF*

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

**Re: *Cumulus Media New Holdings LLC v. The Nielsen Company (US) LLC*, Civil Action No.: 25-cv-08581 (JAV) (S.D.N.Y.)**

Dear Judge Vargas:

We write jointly on behalf of Plaintiff Cumulus Media New Holdings LLC and Defendant The Nielsen Company (US), LLC ("Nielsen") in the above-referenced action to respectfully request that the Court enter the proposed scheduling order, attached as Exhibit A, to govern the deadlines concerning Nielsen's counterclaims filed on February 2, 2026. The parties are in agreement on this proposal.

We appreciate the Court's consideration of this matter.

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader International LLP and Hogan Lovells Cadwalader US LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.

Dated: November 11, 2026

Respectfully submitted,

*/s/ Jennifer Fleury*

Jennifer Fleury (*pro hac vice admitted*)
Charles Loughlin (*pro hac vice admitted*)
Alisa Lu (*pro hac vice admitted*)
Ashley Ifeadike (*pro hac vice admitted*)
Jonathan Sussler (*pro hac vice admitted*)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jennifer.fleury@hlc.com
chuck.loughlin@hlc.com
alisa.lu@hlc.com
ashley.ifeadike@hlc.com
jonathan.sussler@hlc.com

*Counsel for Plaintiff*
*Cumulus Media New Holdings LLC*